**Opinion issued February 28, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-01021-CV

———————————

**ANDREW GOMES AND NATIONAL INTERVENTIONAL RADIOLOGY PARTNERS, PLLC, Appellants**

**V.**

**MARISOL SURIANO, Appellee**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-51076**

---

## MEMORANDUM OPINION

The parties, representing that they have settled the matter and agreed to voluntarily dismiss the appeal, have filed a joint motion to voluntarily dismiss the

appeal.  *See* TEX. R. APP. P. 42.1(a).  No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the parties' motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a); 43.2(f).  We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.